SANDRA R. BROWN
Acting United States Attorney
DOROTHY SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
Timothy R. Bolin
Special Assistant United States Attorney
CA State Bar No.: 259511
   Assistant Regional Counsel
   Social Security Administration, Region IX
   160 Spear Street, Suite 800
   San Francisco, California 94105
Tel: (415) 977-8982
Fax: (415) 744-0134
E-mail: timothy.bolin@ssa.gov

Attorneys for Defendant
NANCY A. BERRYHILL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO ALVAREZ REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 15-CV-1760-FFM<br><br>[~~PROPOSED~~] **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $4,000.00 as authorized by 28 U.S.C. § 2412, and costs

in the amount of $400.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATED: May 1, 2017        /S/ Frederick F. Mumm
                          HON. FREDERICK F. MUMM
                          UNITED STATES MAGISTRATE JUDGE